UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ATIQ REHMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:19-CV-72-PPS-JPK |
| | ) |
| FRANCISCAN ALLIANCE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties filed a Stipulation to Dismiss Complaint and Counterclaim. [DE 41.] Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation to Dismiss Complaint and Counterclaim [DE 41] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS THE COMPLAINT WITH PREJUDICE AND DISMISS THE COUNTERCLAIM WITH PREJUDICE**, with each respective party to bear its own costs and expenses in this matter.

SO ORDERED.

ENTERED: August 26, 2020.

                                                      s/ Philip P. Simon
                                                      PHILIP P. SIMON, JUDGE
                                                      UNITED STATES DISTRICT COURT